UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST
FUND and NACARCI FEASTER,

HEAT & FROST INSULATORS LOCAL 19 AND
127 HEALTH FUND and BRETT LARGE,

UNION INIDIVIDUAL ACCOUNT RETIREMENT
FUND and COLIN TESKA,

     Plaintiffs,

               Case No. 10-cv-291

vs.

INSUL-TECH MECHANICAL INSULATION
TECHNOLOGIES LLC,

     Defendant.

### ENTRY OF DEFAULT OF DEFENDANT
### INSUL-TECH MECHANICAL INSULATION TECHNOLOGIES LLC

  The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that Defendant Insul-Tech Mechanical Insulation Technologies LLC has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the affidavit of the attorney for the Plaintiffs;

  The Clerk hereby enters the default of Defendant Insul-Tech Mechanical Insulation Technologies LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 24th day of August, 2010.

                   Peter Oppeneer
                   Clerk of Court