UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST
FUND and NACARCI FEASTER

HEAT & FROST INSULATORS LOCAL 19
AND 127 HEALTH FUND and BRETT LARGE,

UNION INDIVIDUAL ACCOUNT RETIREMENT
FUND and COLIN TESKA,

          Plaintiffs,

v.                                Case No. 10-CV-291

INSUL-TECH MECHANICAL INSULATION
TECHNOLOGIES LLC,

          Defendant.

---

## AMENDED ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Insul-Tech Mechanical Insulation Technologies LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Insul-Tech Mechanical Insulation Technologies LLC violated collective bargaining agreements, trust plans and trust agreements, as well as violated provisions of ERISA, the Multi-Employer Pension Plan Amendments Act ("MPPAA"), the terms and provisions of the employee benefit plans, section 301 of the LMRA and the common law of

the State of Wisconsin by its continued refusal to submit contributions in accordance with the terms of those plans and agreements, and violated a Settlement Agreement and Mutual Release ("Agreement").

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, and attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $63,328.26.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Heat & Frost Insulators Local 19 and 127 Health Fund, Brett Large, Union Individual Account Retirement Fund and Colin Teska and against Defendant Insul-Tech Mechanical Insulation Technologies LLC in the amount of $63,328.26 together with interest at the rate allowed by law.

Dated this 27th day of September, 2010.

BY THE COURT

_____
U.S. District Court Judge