IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED
PENSION TRUST FUND, NACARCI
FEASTER, HEAT & FROST
INSULATORS LOCAL 19 AND 127
HEALTH FUND, BRETT LARGE,
UNION INDIVIDUAL ACCOUNT
RETIREMENT FUND and COLIN
TESKA,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-291-wmc

    Plaintiffs,

v.

INSUL-TECH MECHANICAL
INSULATION TECHNOLOGIES LLC,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs against defendant Insul-Tech Mechanical Insulation Technologies LLC in the amount of $63,328.26 together with interest at the rate allowed by law.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

SEP 3 0 2010
Date